UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHARLES FEICK,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>STATE OF WASHINGTON, *et al.*,<br><br>　　　　　　　Defendants. | CASE NO. 3:24-cv-05603-TMC<br><br>ORDER GRANTING MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS* |

Plaintiff Charles Feick filed an Application to Proceed *In Forma Pauperis* ("IFP") in the above-entitled action. Dkt. 1. After careful consideration of the Application, the governing law, and the balance of the record, the Court **ORDERS** as follows:

(1) Because Plaintiff does not appear to have funds available to afford the $405.00 filing fee, Plaintiff financially qualifies for IFP status pursuant to 28 U.S.C. § 1915(a)(1). Therefore, Plaintiff's IFP Application (Dkt. 1) is **GRANTED**.

(2) The Clerk of Court is directed to send a copy of this Order to Plaintiff and to the Honorable Tiffany M. Cartwright.

Dated this 15th day of August, 2024.

　　　　　　　　　　　　　　　　　　　　　*/s/ Grady J. Leupold*
　　　　　　　　　　　　　　　　　　　　　Grady J. Leupold
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge